Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
29, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed June 29, 2006.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00449-CV

____________

 

IN RE SARA MATULA, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On May
18, 2006, relator filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Georgia Dempster, presiding
judge of the  308th District Court of Harris County, to set aside her ruling
granting the real parties in interest visitation with relator=s minor child through the SAFE
program.

Relator
has not established that she is entitled to mandamus relief.  Specifically,
relator has waived her claim by acquiescing to the trial court=s ruling.  See e.g. Simmons v.
Kuzmich, 166 S.W.3d 342, 351 (Tex. App.BFort Worth 2005, orig. proceeding). 
Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed June 29, 2006.

Panel consists of Chief Justice
Hedges, Justices Yates, and Guzman.